IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASCADIA WILDLANDS, an Oregon
non-profit corporation; and OREGON
WILD, an Oregon non-profit corporation,,

          Plaintiffs,                                    Civ. No. 6:20-cv-1395-MK

        v.                                                ORDER

UNITED STATES BUREAU OF LAND
MANAGEMENT, an administrative agency
of the United States Department of Interior,

          Defendant;

SENECA SAWMILL COMPANY, an
Oregon corporation

_____

MCSHANE, Judge:

       Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 43),

and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). AlL

parties filed objections to the Findings and Recommendation. Accordingly, I have reviewed the

file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error and concludes

the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 43) is adopted. Plaintiffs' motion for summary judgment (ECF No. 10) is GRANTED in part as recommended in the Findings and Recommendation. Defendants' motion for summary judgment (ECF Nos. 26, 28) are GRANTED as to Plaintiff's NEPA claim and DENIED in all other respects. The underlying Project is REMANDED to BLM and the Decision Notice and Finding of No Significant Impact is VACATED.

IT IS SO ORDERED.

DATED this 3rd day of January, 2022.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER