TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

JOHN P. TUSTIN (Texas State Bar No. 24056458)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 / Fax: (202) 305-0275
john.tustin@usdoj.gov

NATALIE K. WIGHT
United States Attorney
District of Oregon

*Attorneys for Federal Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CASCADIA WILDLANDS and OREGON WILD | ) ) ) | Case No. 6:20-CV-1395-MK |
| Plaintiffs, | ) ) | JOINT STATUS REPORT |
| v. | ) ) | |
| BUREAU OF LAND MANAGEMENT, | ) ) | |
| Federal Defendant, and | ) ) | |
| SENECA SAWMILL COMPANY, | ) ) | |
| Defendant-Intervenor. | ) ) | |

In accordance with the Court's Order, ECF No. 68, the Plaintiffs and Federal Defendant report that they have reached an agreement in principle to settle Plaintiff's application for attorneys' fees and other expenses (ECF No. 63) and bill of costs (ECF No. 60). Federal Defendant requires additional time to secure the necessary approvals for the settlement. Plaintiffs and Federal Defendant propose to file either a joint status report or a withdrawal of the fee petition and bill of costs by **October 31, 2022**.

Respectfully submitted on this 3rd day of October, 2022.

*for Plaintiffs*

*/s/ Nicholas Cady (with permission)*
Nicholas Cady (OSB # 113463)
P.O. Box 10455
Eugene, Oregon 97440
Phone: (541) 434-1463
nick@cascwild.org

Daniel C. Snyder (OSB# 105127)
B. Parker Jones (OSB# 191163)
Law Offices of Charles M. Tebbutt
941 Lawrence St.
Eugene, OR 97401
Phone: (541) 344-3505
dan@tebbuttlaw.com  parker@tebbuttlaw.com

*for Federal Defendant*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ John P. Tustin*
JOHN P. TUSTIN
(he/him/his)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 / Fax: (202) 305-0275
john.tustin@usdoj.gov

NATALIE K. WIGHT
United States Attorney
District of Oregon